No. 54200.—Mark Cross Co. v. United States, protests 145289–K, 146629–K, and 149952–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 54201.—Quong Yuen Shing & Co. et al. v. United States, protests 149777–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 54202.—Vitamin Oil Corp. v. United States, protest 150420–K (B) (New York).

Opinion by COLE, J. The protest was dismissed.

No. 54203.—C. J. Holt & Co., Inc. v. United States, protest 148871–K (New York).

Opinion by MOLLISON, J. When the case was called for trial counsel for the Government moved to dismiss the protest on the ground that the notice of intent required under section 22.7, Customs Regulations of 1943, was not timely filed. An examination of the official papers showed that the notice of intent was filed on January 15, 1947, while the exporting vessel cleared on December 27, 1946. Under these circumstances, it was held that the said regulation was not complied with, and, as compliance with such regulation with respect to the timeliness of filing such notices has been held to be a requisite to securing drawback (*United States* v. *Ricard-Brewster Oil Co.*, 29 C. C. P. A. 192, C. A. D. 191), the motion to dismiss was granted.

No. 54204.—Edward Remus & Co., Inc. v. United States, protest 135607–K (New York).

Opinion by MOLLISON, J. The protest was dismissed.

No. 54205.—Bonafide International, Ltd. v. United States, protest 149950–K (New York).

Opinion by MOLLISON, J. An examination of the official papers failing to disclose anything which would warrant disturbing the action of the collector, which was presumptively correct, the protest was dismissed.

No. 54206.—Kohn Bros. et al. v. United States, protests 142523–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.